# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-7319 SVW (PJWx) | | Date | December 9, 2009 |
|---|---|---|---|---|
| Title | Osama "Sam" Elfeky v. Janet Napolitano, Secretary, U.S. Dept. of Homeland Security, et al. | | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**  IN CHAMBERS ORDER re PLAINTIFF'S EX PARTE APPLICATION FOR AN EMERGENCY [16]

Because Defendants' Opposition raises important questions regarding this Court's jurisdiction, the Court grants leave for Plaintiff to file a Reply. Plaintiff's Reply shall be limited solely to issues raised in Defendants' Opposition but not addressed in Plaintiff's Application.

Plaintiff must file his Reply no later than 3:00 p.m. on December 10, 2009.

|  | : |
|---|---|
| Initials of Preparer | PMC |